J. Scott Tiedemann, Bar No. 180456              JS-6
stiedemann@lcwlegal.com
Jennifer M. Rosner, Bar No. 227676
jrosner@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045
Telephone: (310) 981-2000
Facsimile: (310) 337-0837

Attorneys for Defendants
CITY OF IRVINE, DAVID L. MAGGARD JR.,
and ROBERT RICHARDSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CARUSO, | Case No.: SACV07-11 DOC (RNBx) |
| Plaintiff, | Assigned To Judge David O. Carter |
| v. | Complaint Filed: January 3, 2007 |
| CITY OF IRVINE, a municipal corporation; DAVID L. MAGGARD JR., individually and as Chief of Police for the City of Irvine Police Department; ROBERT RICHARDSON, individually and as a Lieutenant for the City of Irving Police Department; and ROES 1 THROUGH 10 inclusive, | **JUDGMENT** |
| Defendants. | |

This action came on for hearing before the Court on July 21, 2008, the Honorable David Carter presiding on Defendants David Maggard and Robert Richardson's Motions for Summary Judgment against Plaintiff Frank Caruso.

The evidence having been presented and fully considered, the Motions for Summary Judgment having been granted and the City of Irvine having already been dismissed with prejudice pursuant to the Court's order on March 13, 2007,

1   IT IS ORDERED AND ADJUDICATED that Plaintiff take nothing by
2   reason of his Complaint, that the action be dismissed with prejudice on the merits
3   and that Defendants recover their costs as determined by the Clerk.

6   Date: August 20, 2008

*David O. Carter*
_____
HONORABLE DAVID O. CARTER
Judge of the United States District Court,
Central District

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA  90045